No. 40, Misc.  YOUNG v. MAY, SUPERINTENDENT, ILLI-
NOIS SECURITY HOSPITAL.  Petition for writ of certiorari
to the Circuit Court of Randolph County, Illinois, denied
for the reason that the application therefor was not made
within the time provided by law.

No. 43, Misc.  READER v. ILLINOIS.  Petition for writ
of certiorari to the Supreme Court of Illinois denied for
the reason that the application therefor was not made
within the time provided by law.

No. 63, Misc.  CLARK v. MICHIGAN.  Petition for writ
of certiorari to the Supreme Court of Michigan denied
for the reason that the application therefor was not made
within the time provided by law.

No. 78, Misc.  BARTHOLOMEW v. ILLINOIS.  Petition
for writ of certiorari to the Supreme Court of Illinois
denied for the reason that the application therefor was
not made within the time provided by law.

No. 517, October Term, 1952.  BARROWS ET AL. v. JACK-
SON, 346 U. S. 249.  Rehearing denied.  MR. JUSTICE
REED and MR. JUSTICE JACKSON took no part in the con-
sideration or decision of this application.

No. 602, October Term, 1952.  THEODORAKIS v. XILAS
ET AL., 345 U. S. 936.  Second petition for rehearing
denied.

No. 308, October Term, 1952.  DALEHITE ET AL. v.
UNITED STATES, 346 U. S. 15.  Petitions for rehearing de-
nied.  MR. JUSTICE DOUGLAS and MR. JUSTICE CLARK took
no part in the consideration or decision of these
applications.